# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129952 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID STEINER,
     Defendant-Appellant.

SC: 129952
COA: 263217
Saginaw CC: 00-018564-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals as on leave granted for consideration of defendant's claim of ineffective assistance of appellate counsel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

_____
Clerk

d0517